IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **WILLIAM F. STANLEY,** aka | : | **Chapter 13** |
| William Frederick Stanley, aka | : | Case No. **5:17-bk-00884** |
| William Stanley, and | : | |
| **LORI ANN STANLEY**, aka | : | |
| Lori A. Stanley, aka Lori Stanley | : | |
| Debtors**,** | : | |
| | | |
| **WILLIAM F. STANLEY** and | : | |
| **LORI ANN STANLEY,** | : | Motion to Determine |
| Objectors, | : | Postpetition Mortgage |
| v | : | Fees, Expenses & Charges |
| **GUARANTEED RATE, INC.,** | : | |
| Claimant, | : | |

ORDER GRANTING
MOTION TO DETERMINE POSTPETITION MORTGAGE FEES, EXPENSES, &
CHARGES OF GUARANTEED RATE

AND NOW upon consideration of the Motion to Determine Postpetition Mortgage Fees, Expenses, and Charges of **GUARANTEED RATE, INC.,** it is hereby ORDERED that total fees and/or charges of due **GUARANTEED RATE, INC.,** is $2.68. It is further ORDERED that **GUARANTEED RATE, INC.,** to pay any all attorneys' fees and costs associated with this Response, as submitted by Counsel for Debtor to **GUARANTEED RATE, INC.,** within thirty (30) days of this ORDER, within thirty (30) days of such submission, subject to review upon Motion by **GUARANTEED RATE, INC.**